IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. 19-4J |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| STEPHEN K. SHANER, | ) | |
| | ) | |
| Defendant. | ) | |

## **CHANGE OF PLEA**

AND NOW, this 19th day of January 2021, Defendant STEPHEN K. SHANER withdraws his plea of not guilty and pleads guilty in open court to Counts 3 & 4 of the Indictment.

_____
(Defendant's Signature)

_____
(Signature of Attorney for Defendant)