IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 19-4 J |
| STEPHEN K. SHANER | |

**FINAL ORDER OF FORFEITURE**

AND NOW, this 22nd day of July, 2021, upon consideration of the United States' Motion for Final Order of Forfeiture, it is hereby ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that the following property is hereby forfeited to the United States free and clear of all right, title, and interest of any person or entity, including, without limitation, the Defendant Stephen Shaner: (1) $1,868.33 formerly contained in Citizens Bank Account Number XXXXXX7914, delineated by asset identification number 18-DEA-641353; (2) $1,805.70 formerly contained in Citizens Bank Account Number XXXXXX8007, delineated by asset identification number 18-DEA-641359; (3) $22,845.67 formerly contained in Somerset Trust Account Number XXXXXX5432, delineated by asset identification number 18-DEA-641340; and (4) $580.00 in United States currency, delineated by asset identification number 18-DEA-640649; and it is

FURTHER ORDERED that the Defendant Stephen Shaner shall receive credit in the amount of $27,099.70 against the *in personam* forfeiture money judgment.

s\Cathy Bissoon
_____
United States District Court Judge