| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 19-4J |
| DEFENDANT | TYPE OF PROCESS |
| STEPHEN SHANER | DEPOSIT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SEE BELOW

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**RECEIVED**
By U.S. MARSHALS PGH, PA at 12:02 pm, Dec 20, 2021

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| DAVID LEW, ASSISTANT U.S. ATTORNEY<br>JOSEPH F. WEIS, JR. U.S. COURTHOUSE<br>700 GRANT ST., SUITE 4000<br>PITTSBURGH, PA 15219 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
PURSUANT TO THE ATTACHED ORDER, PLEASE DEPOSIT THE UNITED STATES CURRENCY INTO THE ASSET FORFEITURE FUND IN ACCORDANCE WITH FEDERAL ASSET FORFEITURE LAW.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| David Lew<br>Digitally signed by David Lew<br>Date: 2021.12.20 10:54:57 -05'00' | [x] PLAINTIFF<br>[ ] DEFENDANT | 412-894-7482 | 12/20/2021 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 068 | District to Serve<br>No. 068 | Signature of Authorized USMS Deputy or Clerk | Date<br>12/20/2021 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [x] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>12/20/2021 | Time | [ ] am<br>[ ] pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS
CATS Nos. 18-DEA-641353, -641359, -640649, -641340 / jmm

12/20/2021 Deposited currency into AFF.

**FILED**

DEC 23 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Capture#: 068-3:2019-CR-00004

Form USM-285
Rev. 03/21